**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−24636−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Jerome Donald Boyd
   367 Willow Hedge Drive
   Monroeville, PA 15146

Social Security No.:
   xxx−xx−7602

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Albert G. Reese Jr.<br>Law Office of Albert G. Reese, Jr.<br>640 Rodi Road, 2nd Floor, Suite 2<br>Pittsburgh, PA 15235<br>Telephone number: 412−241−1697 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>February 10, 2020<br>01:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>February 10, 2020<br>01:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 1/15/20

BY THE COURT

Gregory L. Taddonio
Judge

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 19-24636-GLT
Jerome Donald Boyd                                                      Chapter 13
       Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0315-2          User: lfin                    Page 1 of 2                  Date Rcvd: Jan 15, 2020
                              Form ID: rsc13                Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
db             Jerome Donald Boyd,    367 Willow Hedge Drive,    Monroeville, PA 15146
15165006      +AES/PHEAA,    Attn: Bankruptcy,    Po Box 2461,   Harrisburg, PA 17105-2461
15171405      +Allegheny County,    c/o Jordan Tax Service, Inc.,    102 Rahway Road,    McMurray, PA 15317-3349
15171406      +Allegheny Court Records -Criminal Div.,    436 Grant Street,    Pittsburgh, PA 15219-2400
15165007      +Berkshire Bank/New Mlnm Bk,    Attn: Bankruptcy,    Po Box 472,   Kingston, NJ 08528-0472
15171409      +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                437 Grant Street, 14 th Floor Frick Bldg,    Pittsburgh, PA 15219-6107
15165008       Dollar Bank,    3 Gateway Center,    Pittsburgh, PA 15222
15171411      +Duquesne Light,    PO BOX 67,    Pittsburgh, PA 15267-0067
15165010      +First Progress,    Attn: Bankruptcy,    Po Box 9053,    Johnson City, TN 37615-9053
15171414      +Gateway School District,    2700 Monroeville Blvd.,    Monroeville, PA 15146-2359
15165011      +MLK Law Group PC,    Mellon Independence Center-Suite 5000,     701 Market Street,
                Philadelphia, PA 19106-1538
15165012      +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
15165013      +Mr. Cooper,    Attn: Bankruptcy,    Po Box 619098,    Dallas, TX 75261-9098
15171418       Municipality of Monroeville,    Municipal Center,    2700 Monroeville Boulevard,
                Monroeville, PA 15146-2359
15165014      +Pacific Union Financial, LLC,    1603 LBJ Freeway, Suite 500,    Farmers Branch, TX 75234-6071
15171420      +Peoples Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 16 2020 04:25:53      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA 17128-0946
cr            +E-mail/Text: kburkley@bernsteinlaw.com Jan 16 2020 04:27:38      Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1945
15165005      +E-mail/Text: bankruptcy@rentacenter.com Jan 16 2020 04:28:00      Acceptance Now,
                Attn: Bankruptcy,    5501 Headquarters Drive,    Plano, TX 75024-5837
15167506       E-mail/Text: bks@coastalcreditllc.com Jan 16 2020 04:23:55      Coastal Credit LLC,
                10333 N Meridian St Suite 400,    Indianapolis, IN 46290
15165009      +E-mail/Text: bknotice@ercbpo.com Jan 16 2020 04:26:43      ERC/Enhanced Recovery Corp,
                Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
15165015      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 16 2020 04:23:45
                Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                Weldon Springs, MO 63304-2225
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
15171404*     +AES/PHEAA,    Attn: Bankruptcy,    Po Box 2461,   Harrisburg, PA 17105-2461
15171403*     +Acceptance Now,    Attn: Bankruptcy,    5501 Headquarters Drive,    Plano, TX 75024-5837
15171407*     +Berkshire Bank/New Mlnm Bk,    Attn: Bankruptcy,    Po Box 472,   Kingston, NJ 08528-0472
15171408*    ++COASTAL CREDIT LLC,    10333 N MERIDIAN ST,    SUITE 400,    INDIANAPOLIS IN 46290-1112
              (address filed with court: Coastal Credit, LLC,     10333 N Meridian St., Suite 400,
                Indianapolis, IN 46290)
15171410*      Dollar Bank,    3 Gateway Center,    Pittsburgh, PA 15222
15171412*     +ERC/Enhanced Recovery Corp,    Attn: Bankruptcy,    8014 Bayberry Road,
                Jacksonville, FL 32256-7412
15171413*     +First Progress,    Attn: Bankruptcy,    Po Box 9053,    Johnson City, TN 37615-9053
15171415*     +MLK Law Group PC,    Mellon Independence Center-Suite 5000,     701 Market Street,
                Philadelphia, PA 19106-1538
15171416*     +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
15171417*     +Mr. Cooper,    Attn: Bankruptcy,    Po Box 619098,    Dallas, TX 75261-9098
15171419*     +Pacific Union Financial, LLC,    1603 LBJ Freeway, Suite 500,    Farmers Branch, TX 75234-6071
15171421*     +Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                Weldon Springs, MO 63304-2225
                                                                                 TOTALS: 1, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: lfin              Page 2 of 2            Date Rcvd: Jan 15, 2020
                              Form ID: rsc13          Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
          Albert G. Reese, Jr.    on behalf of Debtor Jerome Donald Boyd areese8897@aol.com,
           agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 5
```