**Form RSC13**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−24636−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Jerome Donald Boyd
   367 Willow Hedge Drive
   Monroeville, PA 15146

Social Security No.:
   xxx−xx−7602

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Albert G. Reese Jr.
Law Office of Albert G. Reese, Jr.
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235
Telephone number: 412−241−1697

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
March 16, 2020
10:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

CONFIRMATION HEARING DATE/TIME/LOC
March 16, 2020
10:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 2/11/20

BY THE COURT

Gregory L. Taddonio
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jerome Donald Boyd  
    Debtor

Case No. 19-24636-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 2      Date Rcvd: Feb 11, 2020  
                Form ID: rsc13     Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2020.
```
db            Jerome Donald Boyd,    367 Willow Hedge Drive,    Monroeville, PA   15146
15165006     +AES/PHEAA,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
15171405     +Allegheny County,    c/o Jordan Tax Service, Inc.,    102 Rahway Road,    McMurray, PA 15317-3349
15171406     +Allegheny Court Records -Criminal Div.,    436 Grant Street,    Pittsburgh, PA 15219-2400
15165007     +Berkshire Bank/New Mlnm Bk,    Attn: Bankruptcy,    Po Box 472,    Kingston, NJ 08528-0472
15171409     +County of Allegheny,     Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14 th Floor Frick Bldg,    Pittsburgh, PA 15219-6107
15165008      Dollar Bank,    3 Gateway Center,    Pittsburgh, PA 15222
15171411     +Duquesne Light,    PO BOX 67,    Pittsburgh, PA 15267-0067
15165010     +First Progress,    Attn: Bankruptcy,    Po Box 9053,    Johnson City, TN 37615-9053
15171414     +Gateway School District,    2700 Monroeville Blvd.,    Monroeville, PA 15146-2359
15165011     +MLK Law Group PC,    Mellon Independence Center-Suite 5000,    701 Market Street,
               Philadelphia, PA 19106-1538
15165012     +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
15165013     +Mr. Cooper,    Attn: Bankruptcy,    Po Box 619098,    Dallas, TX 75261-9098
15171418     +Municipality of Monroeville,    Municipal Center,    2700 Monroeville Boulevard,
               Monroeville, PA 15146-2359
15188926     +Nationstar Mortgage LLC dba Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
15165014     +Pacific Union Financial, LLC,    1603 LBJ Freeway, Suite 500,    Farmers Branch, TX 75234-6071
15171420     +Peoples Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 12 2020 02:51:56      Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA   17128-0946
15165005     +E-mail/Text: bankruptcy@rentacenter.com Feb 12 2020 02:52:56      Acceptance Now,
               Attn: Bankruptcy,    5501 Headquarters Drive,    Plano, TX 75024-5837
15167506      E-mail/Text: bks@coastalcreditllc.com Feb 12 2020 02:51:26      Coastal Credit LLC,
               10333 N Meridian St Suite 400,    Indianapolis, IN 46290
15192257     +E-mail/Text: kburkley@bernsteinlaw.com Feb 12 2020 02:52:44      Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
15165009     +E-mail/Text: bknotice@ercbpo.com Feb 12 2020 02:52:13      ERC/Enhanced Recovery Corp,
               Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
15186932      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 12 2020 02:49:42
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15165015     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 12 2020 02:51:21
               Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
               Weldon Springs, MO 63304-2225
15189176      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 12 2020 03:00:53      Verizon,
               by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
                                                                                              TOTAL: 8
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr            Nationstar Mortgage LLC d/b/a Mr. Cooper
cr*          +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
               707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
15171404*    +AES/PHEAA,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
15171403*    +Acceptance Now,    Attn: Bankruptcy,    5501 Headquarters Drive,    Plano, TX 75024-5837
15171407*    +Berkshire Bank/New Mlnm Bk,    Attn: Bankruptcy,    Po Box 472,    Kingston, NJ 08528-0472
15171408*   ++COASTAL CREDIT LLC,    10333 N MERIDIAN ST,    SUITE 400,    INDIANAPOLIS IN 46290-1112
               (address filed with court: Coastal Credit, LLC,    10333 N Meridian St., Suite 400,
               Indianapolis, IN 46290)
15171410*     Dollar Bank,    3 Gateway Center,    Pittsburgh, PA 15222
15171412*    +ERC/Enhanced Recovery Corp,    Attn: Bankruptcy,    8014 Bayberry Road,
               Jacksonville, FL 32256-7412
15171413*    +First Progress,    Attn: Bankruptcy,    Po Box 9053,    Johnson City, TN 37615-9053
15171415*    +MLK Law Group PC,    Mellon Independence Center-Suite 5000,    701 Market Street,
               Philadelphia, PA 19106-1538
15171416*    +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
15171417*    +Mr. Cooper,    Attn: Bankruptcy,    Po Box 619098,    Dallas, TX 75261-9098
15171419*    +Pacific Union Financial, LLC,    1603 LBJ Freeway, Suite 500,    Farmers Branch, TX 75234-6071
15171421*    +Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
               Weldon Springs, MO 63304-2225
                                                                                   TOTALS: 1, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: lfin                Page 2 of 2           Date Rcvd: Feb 11, 2020
                              Form ID: rsc13            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2020 at the address(es) listed below:
```
          Albert G. Reese, Jr.    on behalf of Debtor Jerome Donald Boyd areese8897@aol.com,
           agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          James  Warmbrodt     on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```