ACE Flare Account by Metabank
PO Box 149013
Austin, Texas 78714

**A FLAREACCOUNT by MetaBank**

1-866-753-6355
www.aceflareaccount.com

JEROME D BOYD
376 WILLOW HEDGE DR
MONROEVILLE, PA 15146

Thursday, February 06, 2020

To Whom It May Concern,

This letter is to confirm that **JEROME D BOYD** has an account with ACE Flare Account by Metabank.

The following charge(s) have posted to the customer's account:

**2020-01-29 Debit: Preauthorized Payment to NATIONSTAR DBA for MR COOPER $3607.32**

The following **VISA** card number is associated with this account: **7000*********6635**.

If you have any questions, please contact Customer Service at 1-866-753-6355.

ACE Flare Account by Metabank looks forward to continuing to service your financial needs.

Sincerely,

The ACE Flare Account Customer Service Department

ACE Flare Account by Metabank

HOURS OF OPERATION:
M-F 8:00A.M. TO 10:00P.M.
SAT-SUN 8:00A.M. TO 8:00P.M.
CENTRAL STANDARD TIME
1-866-753-6355



# Fax Cover Sheet

Date __2·7·20__

Number of pages __2__ (Including cover page)

**To:**
Name __Mr. Cooper__
Company __Bankruptsy Dept__
Telephone _____
Fax __972.459.1611__

**From:**
Name __Jerome Boyd__
Company _____
Telephone __412·822·2152__

Comments __This is proof of the payment I sent to you that needs to be sent back to my card - so I can send to The Trust__

Fax - Local Send
7 90363 00711 1

Fax - Domestic Send
7 90363 00714 2

Fax - International Send
7 90363 00720 3

fedex.com 1.800.GoFedEx 1.800.463.3339

© 2015 FedEx. All rights reserved. Products, services and hours vary by location. 815.0P00.002

0017745PM