FILED

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MAR 11 2020

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

In re:                                                    : Case No.:   19-24636-GLT
                                                          : Chapter:    13
Jerome Donald Boyd                                        :
                                                          :
                                                          : Date:       3/11/2020
            Debtor(s).                                    : Time:       09:30

## PROCEEDING MEMO

MATTER:     # 34 Motion for Relief from Stay SECTIONS 362(d)(1) AND 362(d)(4)(B)RE: 376 Willow Hedge
            Drive, Monroeville, PA 15146 filed by Nationstar Mortgage LLC d/b/a Mr. Cooper
            # 39 - Response filed by the Debtor (untimely)

APPEARANCES:
            Debtor:      Albert G. Reese
            Trustee:     Ronda J. Winnecour
            Nationstar:  James Warmbrodt

NOTES: (10:23)

Warmbrodt: At the time the motion was filed, my client had not received any post petition payments and debtor had not made a plan payment. Since then, Attny Reese provided some proof of payment that the debtor had made a direct payment to my client, my client has not yet been able to confirm that payment. But Attny Reese and I have agreed to a continuance for 60 days.

DeSimone: No objection.

Court: Attny Reese, can you provide that documentation to the chapter 13 trustee?

Reese: Absolutely. I also did in the form of a status report as an exhibit to my response.

Court: Anything further?

Reese: The debtor mistook to whom he needed to make payments and made them directly to Nationstar, he has now made a payment to the trustee.

OUTCOME:

1. Nationstar Mortgage LLC d/b/a Mr. Cooper's Motion for Relief from Stay [Dkt. No. 34] is May 20, 2020 at 9:00 a.m. [Text Order to Issue]

2. On or before May 14, 2020, the Debtor shall file a status report. [Text Order to Issue]

3. On or before March 18, 2020, the Debtor shall provide proof of postpetition payments to Nationstar. [Text Order to issue]

DATED: 3/11/2020