FILED
5/15/20 1:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Jerome Donald Boyd

     Debtor

Nationstar Mortgage LLC d/b/a Mr. Cooper

     Movant

  vs.

Jerome Donald Boyd
Ronda J. Winnecour, Trustee

     Respondents

     Respondents

NO. 19-24636-GLT

Chapter 13

Related Dkt. No. 34 and 52

**ORDER**

  Upon consideration of the Motion filed by Nationstar Mortgage LLC d/b/a Mr. Cooper, it

is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing scheduled for May 20, 2020

at 9:00 a.m. is hereby continued to the __26th__ day of ___August, 2020__ at __9:00__ a.m.  The hearing
will be held in Courtroom A 54th Floor U.S. Steel Tower, 600 Grant St., Pittsburgh but conducted as a
**telephonic** hearing. Parties wishing to participate via CourtCall should refer to Judge Taddonio's procedures
on the Court's website.

 Dated: 5/15/20
 cm: Debtor

       GREGORY L. TADDONIO, J.
       UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jerome Donald Boyd                                                    Case No. 19-24636-GLT
        Debtor                                                       Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin            Page 1 of 1          Date Rcvd: May 15, 2020
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2020.
db              Jerome Donald Boyd,   367 Willow Hedge Drive,   Monroeville, PA  15146

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2020 at the address(es) listed below:
          Albert G. Reese, Jr.   on behalf of Debtor Jerome Donald Boyd areese8897@aol.com,
           agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          James  Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                          TOTAL: 6