Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jerome Donald Boyd**
    Debtor(s)

Bankruptcy Case No.: 19–24636–GLT
Issued Per 6/15/2020 Proceeding
Chapter: 13
Docket No.: 56 – 18
Concil. Conf.: October 8, 2020 at 01:00 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated December 10, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.     For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.     The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☒ C.     Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Oct. 8, 2020 at 01:00 PM, in remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.     Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.     The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.     shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.     The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☐ H.     Additional Terms:

*(2.)*   ***IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:***

**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**     After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**     Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**     Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**     Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**     The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**     In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: June 22, 2020

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-24636-GLT
Jerome Donald Boyd                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dbas              Page 1 of 2            Date Rcvd: Jun 22, 2020
                            Form ID: 149            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2020.
```
db           Jerome Donald Boyd,   367 Willow Hedge Drive,   Monroeville, PA 15146
cr          +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
             Pittsburgh, PA 15233-1828
15165006    +AES/PHEAA,   Attn: Bankruptcy,   Po Box 2461,   Harrisburg, PA 17105-2461
15171405    +Allegheny County,   c/o Jordan Tax Service, Inc.,   102 Rahway Road,   McMurray, PA 15317-3349
15171406    +Allegheny Court Records -Criminal Div.,   436 Grant Street,   Pittsburgh, PA 15219-2400
15165007    +Berkshire Bank/New Mlnm Bk,   Attn: Bankruptcy,   Po Box 472,   Kingston, NJ 08528-0472
15171409    +County of Allegheny,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
             437 Grant Street, 14 th Floor Frick Bldg,   Pittsburgh, PA 15219-6107
15165008     Dollar Bank,   3 Gateway Center,   Pittsburgh, PA 15222
15171411    +Duquesne Light,   PO BOX 67,   Pittsburgh, PA 15267-0067
15165010    +First Progress,   Attn: Bankruptcy,   Po Box 9053,   Johnson City, TN 37615-9053
15171414    +Gateway School District,   2700 Monroeville Blvd.,   Monroeville, PA 15146-2359
15165011    +MLK Law Group PC,   Mellon Independence Center-Suite 5000,   701 Market Street,
             Philadelphia, PA 19106-1538
15171418   ++MONROEVILLE TAX OFFICE,   2700 MONROEVILLE BLVD,   MONROEVILLE PA 15146-2388
            (address filed with court: Municipality of Monroeville,   Municipal Center,
             2700 Monroeville Boulevard,   Monroeville, PA 15146)
15165012    +Mr. Cooper,   Attn: Bankruptcy,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
15165013    +Mr. Cooper,   Attn: Bankruptcy,   Po Box 619098,   Dallas, TX 75261-9098
15188926    +Nationstar Mortgage LLC dba Mr. Cooper,   P.O. Box 619096,   Dallas, TX 75261-9096
15165014    +Pacific Union Financial, LLC,   1603 LBJ Freeway, Suite 500,   Farmers Branch, TX 75234-6071
15171420    +Peoples Gas,   PO Box 644760,   Pittsburgh, PA 15264-4760
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15165005    +E-mail/Text: bankruptcy@rentacenter.com Jun 23 2020 04:03:27     Acceptance Now,
             Attn: Bankruptcy,   5501 Headquarters Drive,   Plano, TX 75024-5837
15167506     E-mail/Text: bks@coastalcreditllc.com Jun 23 2020 03:56:19     Coastal Credit LLC,
             10333 N Meridian St Suite 400,   Indianapolis, IN 46290
15192257    +E-mail/Text: kburkley@bernsteinlaw.com Jun 23 2020 04:03:17     Duquesne Light Company,
             c/o Bernstein-Burkley, P.C.,   707 Grant St., Suite 2200, Gulf Tower,
             Pittsburgh, PA 15219-1945
15165009    +E-mail/Text: bknotice@ercbpo.com Jun 23 2020 03:57:35     ERC/Enhanced Recovery Corp,
             Attn: Bankruptcy,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
15171418     E-mail/Text: MONTAX@MONROEVILLE.PA.US Jun 23 2020 03:56:28     Municipality of Monroeville,
             Municipal Center,   2700 Monroeville Boulevard,   Monroeville, PA 15146
15186932     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 23 2020 04:06:17
             Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
15165015    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 23 2020 03:56:15
             Verizon,   Verizon Wireless Bk Admin,   500 Technology Dr Ste 550,
             Weldon Springs, MO 63304-2225
15189176     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 23 2020 04:05:21     Verizon,
             by American InfoSource as agent,   PO Box 4457,   Houston, TX  77210-4457
                                                                                             TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Nationstar Mortgage LLC d/b/a Mr. Cooper
cr*         +Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,
             707 Grant Street, Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-1945
15171404*   +AES/PHEAA,   Attn: Bankruptcy,   Po Box 2461,   Harrisburg, PA 17105-2461
15171403*   +Acceptance Now,   Attn: Bankruptcy,   5501 Headquarters Drive,   Plano, TX 75024-5837
15171407*   +Berkshire Bank/New Mlnm Bk,   Attn: Bankruptcy,   Po Box 472,   Kingston, NJ 08528-0472
15171408*  ++COASTAL CREDIT LLC,   10333 N MERIDIAN ST,   SUITE 400,   INDIANAPOLIS IN 46290-1112
            (address filed with court: Coastal Credit, LLC,   10333 N Meridian St., Suite 400,
             Indianapolis, IN 46290)
15171410*    Dollar Bank,   3 Gateway Center,   Pittsburgh, PA 15222
15171412*   +ERC/Enhanced Recovery Corp,   Attn: Bankruptcy,   8014 Bayberry Road,
             Jacksonville, FL 32256-7412
15171413*   +First Progress,   Attn: Bankruptcy,   Po Box 9053,   Johnson City, TN 37615-9053
15171415*   +MLK Law Group PC,   Mellon Independence Center-Suite 5000,   701 Market Street,
             Philadelphia, PA 19106-1538
15171416*   +Mr. Cooper,   Attn: Bankruptcy,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
15171417*   +Mr. Cooper,   Attn: Bankruptcy,   Po Box 619098,   Dallas, TX 75261-9098
15171419*   +Pacific Union Financial, LLC,   1603 LBJ Freeway, Suite 500,   Farmers Branch, TX 75234-6071
15171421*   +Verizon,   Verizon Wireless Bk Admin,   500 Technology Dr Ste 550,
             Weldon Springs, MO 63304-2225
                                                                                   TOTALS: 1, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: dbas              Page 2 of 2            Date Rcvd: Jun 22, 2020
                              Form ID: 149            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2020 at the address(es) listed below:

```
          Albert G. Reese, Jr.    on behalf of Debtor Jerome Donald Boyd areese8897@aol.com,
           agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```