# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 19-24636-GLT |
| | ) | |
| Jerome D. Boyd | ) | Chapter 13 |
|    Debtor | ) | |
| | ) | Doc. No.: |
| Jerome D. Boyd | ) | |
|    Movant | ) | Hearing Date & Time: Aug. 26, 2020 @ 10:00 |
| | ) | |
| | ) | |
|    v. | ) | |
| | ) | |
| Acceptance Now, AES/PHEAA, Berkshire Bank | ) | |
| New Mlnm Bk, Dollar Bank, ERC.Enhanced | ) | |
| Recovery Corp, First Progress, Nationstar | ) | |
| Mortgage, LLC D/B/A Mr. Cooper, | ) | |
| Verizon, Coastal Credit LLC, County of | ) | |
| Allegheny, Duquesne Light Company, People's | ) | |
| Natural Gas Company, LLC, | ) | |
| and Ronda J. Winnecour, Trustee | ) | |
|    Respondents | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO APPROVE POSTPETITION AUTOMOBILE FINANCING

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Post Petition Automobile Financing, filed on July 13, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Post Petition Automobile Financing appears thereon. Pursuant to the Notice of Hearing, a Response to the Motion to Approve Post Petition Automobile Financing was to be filed and served no later than July 31, 2020.

It is hereby respectfully requested that the Order attached to the Motion to Approve Post Petition Automobile Financing be entered by the Court.

Dated: **August 2, 2020**

Respectfully submitted by:
**/s/ Albert G. Reese, Jr., Esq.**
Albert G. Reese, Jr., Esq.
PA ID #93813
Law Office of Albert G. Reese, Jr.
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235
412-241-1697 (telephone)
412-241-1687 (fax)
areese8897@aol.com
Attorney for Debtor