# IN THE UNTED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Case No. 19-24636-GLT |
| Jerome Donald Boyd, : | |
|     Debtor : | Chapter 13 |
| : | |
| : | Doc. No. 59 |
| Jerome Donald Boyd, : | Rel. to Doc. No. 58 |
|     Movant : | |
| : | |
| v. : | Hearing Date and Time: |
| : | August 26, 2020 at 10:00 AM |
| Acceptance Now, AES/PHEAA, Allegheny County,: | |
| Allegheny Court Records -Criminal Div., Berkshire : | |
| Bank/New Mlnm Bk, Coastal Credit, LLC, County : | |
| of Allegheny, Dollar Bank, Duquesne Light : | |
| Company, ERC/Enhanced Recovery Corp, First : | |
| Progress, Gateway School District, MLK Law : | |
| Group PC, Mr. Cooper, Municipality of : | |
| Monroeville, Nationstar Mortgage LLC, Pacific : | |
| Union Financial, LLC, Peoples Gas, Portfolio : | |
| Recovery Associates, LLC, Verizon, and : | |
| Ronda J. Winnecour, Esquire, Chapter 13 Trustee, : | |
|     Respondents. : | |
| : | |

## **CERTIFICATE OF SERVICE**

    I, Albert G. Reese Jr., Esq, declare that I am a resident or employed in the County of Allegheny, State of Pennsylvania. My address is 640 Rodi Road, 2nd Floor, Suite 2, Pittsburgh, PA 15235. I am over the age of eighteen and not a party to this case.

On or before August 4, 2020, I served a copy of the ***Order Approving Post-Petition Automobile Financing*** upon the parties listed below. The types of services made on the parties were: Electronic Notification and/or U.S. First Class Mail

Service by Electronic Mail:

Office of the United States Trustee ustpregion03.pi.ecf@usdoj.gov

Ch. 13 Trustee, Ronda J. Winnecour cmecf@chapter13trusteewdpa.com

Service by U.S. First Class Mail:

Jerome Donald Boyd
367 Willow Hedge Drive
Monroeville, PA 15146

Acceptance Now
Attn: Bankruptcy
5501 Headquarters Drive
Plano, TX 75024

AES/PHEAA
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105

Allegheny County
c/o Jordan Tax Service, Inc.
102 Rahway Road
McMurray, PA 15317

Allegheny Court Records -Criminal Div.
436 Grant Street
Pittsburgh, PA 15219

Berkshire Bank/New Mlnm Bk
Attn: Bankruptcy
Po Box 472
Kingston, NJ 08528

Coastal Credit, LLC
10333 N Meridian St., Suite 400
Indianapolis, IN 46290

County of Allegheny
Goehring, Rutter & Boehm
c/o Jeffrey R. Hunt, Esquire
437 Grant Street, 14 th Floor Frick Bldg
Pittsburgh, PA 15219

Dollar Bank
3 Gateway Center
Pittsburgh, PA 15222

Duquesne Light
PO BOX 67
Pittsburgh, PA 15267

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219

ERC/Enhanced Recovery Corp
Attn: Bankruptcy
8014 Bayberry Road
Jacksonville, FL 32256

First Progress
Attn: Bankruptcy
Po Box 9053
Johnson City, TN 37615

Gateway School District
2700 Monroeville Blvd.
Monroeville, PA 15146

MLK Law Group PC
Mellon Independence Center-Suite 5000
701 Market Street
Philadelphia, PA 19106

Mr. Cooper
Attn: Bankruptcy
8950 Cypress Waters Blvd
Coppell, TX 75019
Mr. Cooper
Attn: Bankruptcy
Po Box 619098
Dallas, TX 75261

Municipality of Monroeville
Municipal Center
2700 Monroeville Boulevard
Monroeville, PA 15146

Nationstar Mortgage LLC dba Mr. Cooper
P.O. Box 619096
Dallas, TX 75261-9741

Pacific Union Financial, LLC
1603 LBJ Freeway, Suite 500
Farmers Branch, TX 75234

Peoples Gas
PO Box 644760
Pittsburgh, PA 15264

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Verizon
Verizon Wireless Bk Admin
500 Technology Dr Ste 550
Weldon Springs, MO 63304

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

        Respectfully submitted,

        /s/ Albert G. Reese, Jr., Esquire
        Albert G. Reese, Jr., Esquire
        Law Office of Albert G. Reese, Jr.
        640 Rodi Rd., 2nd Floor, Suite 2
        Pittsburgh, PA 15235
        (412) 241-1697
        areese8897@aol.com
        PA ID# 93813
        Attorney for Debtor