**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 19-24636-GLT | FILED |
| | : | Chapter: | 13 | 8/27/20 7:53 am |
| Jerome Donald Boyd | : | | | CLERK |
| | : | | | U.S. BANKRUPTCY |
| | : | Date: | 8/26/2020 | COURT - WDPA |
| *Debtor(s).* | : | Time: | 09:00 | |

## PROCEEDING MEMO

**MATTER:**

    #34 Con't Motion for Relief from Stay Sections 362(d)(1) and 362(d)(4)(B)
    RE: 376 Willow Hedge Drive, Monroeville, PA 15146 filed by Nationstar Mortgage LLC d/b/a Mr.Cooper

    #39 - Response filed by the Debtor

**APPEARANCES:**
    Debtor:    Albert G. Reese
    Trustee:    Ronda J. Winnecour
    Creditor:    James Warmbrodt

**NOTES:** *(9:39)*

Warmbrodt: We have resolved our issues. Debtor's payment have been made current.

Court: I assume there is no objection.

Reese: No.

Court: I will deny the motion as withdrawn.

**OUTCOME:**

1. Con't Motion for Relief from Stay Sections 362(d)(1) and 362(d)(4)(B) d/b/a Mr.Cooper RE: 376 Willow Hedge Drive, Monroeville, PA 15146 filed by Nationstar Mortgage LLC [Dkt. No. 34] is DENIED as withdrawn. [Text Order to Issue]

**DATED:** 8/26/2020