Case 19-24636-GLT    Doc 72    Filed 10/13/20    Entered 10/13/20 13:26:55    Desc Main
Document      Page 1 of 1

FILED
10/13/20 7:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** JEROME DONALD BOYD
- **Case Number:** 19-24636-GLT     **Chapter:** 13
- **Date / Time / Room:** THURSDAY, OCTOBER 08, 2020 01:00 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#18 - Final Confirmation of Plan Dated 12/10/2019 (NFC)
R / M #: 18 / 0

### Appearances:

- **Debtor:** Reese
- **Trustee:** Winnecour / Pail / Katz / (DeSimone)
- **Creditor:**

### Proceedings:

**Outcome:**

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 12-17 at 1:30.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

Cont. for LMP (case depends on LMP). Debtor has been in hospital

10/2/2020 10:17:48 AM