**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-24636-GLT |
| | ) | |
| Jerome D. Boyd | ) | Chapter 13 |
|    Debtor | ) | |
| | ) | Doc. No.: |
| Jerome D. Boyd | ) | |
|    Movant | ) | Hearing Date & Time: November 18, 2020 |
| | ) | @ 10:30 A.M. |
| v. | ) | |
| | ) | |
| Nationstar Mortgage, LLC. | ) | |
|    Respondent | ) | |

**CERTIFICATE OF SERVICE**

I, Albert G. Reese, Jr., declare that I am a resident or employed in the County of Allegheny, State of Pennsylvania. My address is 640 Rodi Road, 2nd Floor, Suite 2, Pittsburgh, PA 15235. I am over the age of eighteen and not a party to this case.

On or before **October 19, 2020**, I served a copy of the **Notice of Hearing with Response Deadline**, upon the parties listed below. The types of services made on the parties were: **Electronic Notification and U.S. First Class Mail.**

**19-24636-GLT Notice will be electronically mailed to:**

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Albert G. Reese, Jr. on behalf of Debtor Jerome D. Boyd
areese8897@aol.com, agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

James C. Warbrodt, Esq. on behalf of Nationstar Mortgage, LLC., as the creditor's attorney or authorized agent
jwarmbrodt@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**19-24636-GLT Notice will not be electronically mailed to:**

Office of the United States Trustee
Liberty Center 1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Office of the Chapter 13 Trustee
Ronda Winnecour

Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

James C. Warbrodt, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Nationstar Mortgage LLC,
dba Mr. Cooper
P.O. Box 619096
Dallas, TX 75261

Jerome D. Boyd
376 Willow Hedge Drive
Monroeville, PA 15146

| | |
|---|---|
| **Date: October 19, 2020** | **/s/ Albert G. Reese, Jr., Esquire** |
| | Albert G. Reese, Jr., Esquire |
| | Law Office of Albert G. Reese Jr. |
| | 640 Rodi Road, 2nd FL., Suite 2 |
| | Pittsburgh, PA 15235 |
| | 412-241-1697(p) |
| | 412-241-1687(f) |
| | areese8897@aol.com |