# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-24636-GLT |
| | ) | |
| Jerome D. Boyd | ) | Chapter 13 |
|    Debtor | ) | |
| | ) | Doc. No.: |
| Jerome D. Boyd | ) | |
|    Movant | ) | Hearing Date & Time: January 13, 2021 |
| | ) | @ 10:30 A.M. |
| | ) | . |
| v. | ) | |
| | ) | |
| Nationstar Mortgage, LLC. | ) | |
|    Respondent | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION FOR LATE ADMITTANCE INTO LOSS MITIGATION PROGRAM

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Late Admittance into Loss Mitigation Program, filed on October 10, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Late Admittance into Loss Mitigation Program appears thereon. Pursuant to the Notice of Hearing, a response to the Motion for Late Admittance into Loss Mitigation Program was to be filed and served no later than December 10, 2020.

It is hereby respectfully requested that the Order attached to the Motion Requesting Permission For Late Filing Of Entry Of Debtor Into Loss Mitigation be entered by the Court.

Dated: **December 11, 2020**

By: **/s/ Albert G. Reese, Jr., Esq.**
Albert G. Reese, Jr., Esq.
PA ID #93813
Law Office of Albert G. Reese, Jr.
640 Rodi Road, FL. 2, Suite 2
Pittsburgh, PA 15235
412-241-1697 (telephone)
412-241-1687 (fax)
areese8897@aol.com
Attorney for Debtor