# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

FILED
12/21/20 9:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Conciliation Conference:

- **Debtor:** JEROME DONALD BOYD
- **Case Number:** 19-24636-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, DECEMBER 17, 2020 01:30 PM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#18 - Continued Confirmation of Plan Dated 12/10/2019 (NFC)
R / M #: 18 / 0

## Appearances:

- **Debtor:** Reese
- **Trustee:** Winnecour / Pail / Katz / DeSimone
- **Creditor:**

*Con't for Report of Vehicle purchase and LMP*

## Proceedings:

**Outcome:**

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to ____ effective ____.
7. ✓ Plan/Motion continued to 4/8/21 at 1:00 pm
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by ____.
    Objections are due on or before ____.
    A hearing on the Amended Plan is set for ____ at ____.
9. ____ Contested Hearing: ____ at ____.
10. ____ Other:

12/8/2020  11:14:39 AM