## Currently Viewing:

Borrower Name: Boyd, Jerome
Property Address: 346 Willow Hedge drive Monroeville, PA 15146
Servicer Name: Mr. Cooper / Nationstar
Loan Number: 656062205

## Full History

| Date | Activity By | Action Taken |
|---|---|---|
| 01/06/2021 05:30:50 PM ET | Attorney | File Submitted |

File Submitted by Albert Reese.
The following documents were submitted:
Boyd (Loan #656062205) - Borrower Authorization (Added 01-06-2021)
Boyd (Loan #656062205) - HAMP Request for Mortgage Assistance (RMA) (Added 01-06-2021)
Boyd (Loan #656062205) - Uniform Borrower Assistance Form (Added 01-06-2021)
Boyd (Loan #656062205) - Mortgage Assistance Application Form 710 (Added 01-06-2021)
Boyd (Loan #656062205) - Financial Statement (Added 01-06-2021)
Boyd (Loan #656062205) - Hardship Letter (Added 01-06-2021)
Boyd (Loan #656062205) - IRS Form 4506-T (Borrower) (Added 01-06-2021)
Boyd (Loan #656062205) - Dodd-Frank Certification (Added 01-06-2021)
Boyd (Loan #656062205) - Government Monitoring Data (Added 01-06-2021)
Boyd (Loan #656062205) - Nationstar Payment Worksheet (Added 01-06-2021)
Boyd (Loan #656062205) - Disability Income / VA Benefits (Added 01-06-2021)
Boyd (Loan #656062205) - Social Security Income (Added 01-06-2021)
Boyd (Loan #656062205) - Loss Mitigation Order (Added 01-06-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 01/11/2021 02:40:25 PM ET | Servicer | File Opened |

File Opened by Kristi Berry

| Date | Activity By | Action Taken |
|---|---|---|
| 01/11/2021 02:44:54 PM ET | Servicer | Message Sent |

**From:** Kristi Berry (Servicer)
**Message:**
Hello,

The file has been placed into review for a modification. Once there is an update I will let you know. If you have any questions please let me know.

Thank you,

| Date | Activity By | Action Taken |
|---|---|---|
| 01/15/2021 10:00:14 AM ET | Attorney | Message Sent |

**From:** Albert Reese (Borrower Attorney)
**Subject:** Received
**Message:**
Thank you for the update and how long does modification review usually take. Let me know if anything else is needed.

Thanks again,
Annice

| Date | Activity By | Action Taken |
|---|---|---|
| 01/15/2021 02:59:37 PM ET | Servicer | Message Sent |

**From:** Kristi Berry (Servicer)
**Subject:** RE: Received
**Message:**
Hello,

The timeframe of the modification depends on how long it takes to get everything we need to complete our review. Once we receive everything we need and the file is accepted by the underwriter there is normally a decision with in 30 days from the time accepted by the underwriter.

At this time the file is missing documents. Please provide the following documents and then the file can be placed back into review.

-Need borrower to provide updated income documents for other income for $3288 stated in RMA under other income section.

-"Need Borrower to provide completely filled signed taxes of 2018 AND 2019 with all schedules.

-Need to provide updated award letter or proof of receipt or bank statement showing deposit for SSI income $1170 stated in RMA. & Need to provide updated award letter or proof fo receipt or bank statement showing deposit for Pension/retirement/Annuity income $650 stated in RMA. Received Award letter expired

Thank you,

| Date | Activity By | Action Taken |
|---|---|---|
| 01/15/2021 03:14:09 PM ET | Attorney | Message Sent |

**From:** Albert Reese (Borrower Attorney)
**Subject:** Request sent to borrower
**Message:**
Your updated document request has been emailed to the borrower. Please be aware that the debtor states he is exempt from filing taxes. He will supply all other updated information.

Thanks again and have a great day,

Annice

| Date | Activity By | Action Taken |
|---|---|---|
| 01/15/2021 04:23:41 PM ET | Servicer | Message Sent |

**From:** Kristi Berry (Servicer)
**Subject:** RE: Request sent to borrower
**Message:**
Hello,

If the customer is exempt from filing taxes we will need the most recent 4506t completed and we will also need a letter explaining they are exempt. We will then have to execute the 4506t to confirm this information.

Thank you,

| Date | Activity By | Action Taken |
|---|---|---|
| 02/02/2021 01:48:36 PM ET | Attorney | Message Sent |

**From:** Albert Reese (Borrower Attorney)
**Subject:** RE: Request sent to borrower
**Message:**
Thank you for the update. I will forward the document to the borrower for completion.

Annice

| Date | Activity By | Action Taken |
|---|---|---|
| 02/05/2021 10:30:40 AM ET | Servicer | Message Sent |

**From:** Kristi Berry (Servicer)
**Subject:** RE: Request sent to borrower
**Message:**
Hello,

I am following up on the missing documents.

Thank you,

| Date | Activity By | Action Taken |
|---|---|---|
| 02/10/2021 09:21:20 AM ET | Attorney | Message Sent |

**From:** Albert Reese (Borrower Attorney)
**Subject:** Update on Doc Request
**Message:**
Good morning,

The Debtor has been experiencing some health issues and has just got back to us regarding the document request. Please be advised that he is gathering the documents requested. Please allow additional time for our office to submit this paperwork to you.


Thanks in advance,

Annice


| Date | Activity By | Action Taken |
|---|---|---|
| 02/10/2021 11:23:47 AM ET | Servicer | Message Sent |

**From:** Kristi Berry (Servicer)
**Subject:** RE: Update on Doc Request
**Message:**
Hello,

Please know that if any documents that are already on file that go over 90 days during this time will have to be updated due to the delay in providing required documents.

Thank you,


| Date | Activity By | Action Taken |
|---|---|---|
| 04/13/2021 06:19:21 PM ET | Attorney | Message Sent |

**From:** Albert Reese (Borrower Attorney)
**Subject:** Doc Request Update
**Message:**
Attached please find updated bank statements showing all direct deposits of income, The 2021 4506T marked as "EXEMPT" due to Debtor being a 100% fully disabled veteran. Also the 2020 social security award letter. The Debtor has been very ill and recently suffered a stroke. Please review the attached documents and let us know if anything else is needed.


Thanks in advance,

Annice

**Attached Files:**

Boyd (Loan #656062205) - IRS Form 4506-T (Borrower) Update 1 (Added 04-13-2021)
Boyd (Loan #656062205) - Most Recent 2 Months Bank Statements (Added 04-13-2021)
Boyd (Loan #656062205) - Social Security Income Update 1 (Added 04-13-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 04/14/2021 04:03:15 PM ET | Servicer | Message Sent |

**From:** Christina Garza (Servicer)
**Subject:** RE: Doc Request Update
**Message:**
Hello,

I have submitted the documents for review, However due to the length of time since we requested documents we will more then likely need updated documents. Once the documents are reviewed I will follow up.

Thank you

| Date | Activity By | Action Taken |
|---|---|---|
| 04/15/2021 03:54:40 PM ET | Attorney | Message Sent |

**From:** Albert Reese (Borrower Attorney)
**Subject:** Received
**Message:**
Thank you for the update and please let me know.

Annice

| Date | Activity By | Action Taken |
|---|---|---|
| 04/19/2021 04:06:53 PM ET | Servicer | Message Sent |

**From:** Christina Garza (Servicer)
**Subject:** RE: Received
**Message:**
Hello,

We are still needing the following:

1. Need Borrower to provide completely filled most recent signed tax with all schedules. If taxes not filed for 2019 then need 4868 of 2019 along with signed taxes of 2018 .

2. Need borrower to provide supporitng income document which borrower had claimed as other income $ 3200 in RMA or else clear LOE

3. Need to provide updated award letter or proof of receipt or bank statement showing deposit for SSI income $1170 stated in RMA. Received award letter is expired & received proof for annuity income $650.

| Date | Activity By | Action Taken |
|---|---|---|
| 04/21/2021 11:26:57 AM ET | Attorney | Message Sent |

**From:** Albert Reese (Borrower Attorney)
**Subject:** The borrower is a disabled vet he hasn't filed taxes in over 5 years. He is EXEMPT
**Message:**
Regarding #1 about the taxes…

The borrower is a disabled vet he hasn't filed taxes in over 5 years. He is EXEMPT. I have forwarded the requested information to the borrower and advised that I need to submit it to Creditor ASAP

Thanks in advance,

Annice

| Date | Activity By | Action Taken |
|---|---|---|
| 04/21/2021 05:46:31 PM ET | Servicer | Message Sent |

**From:** Christina Garza (Servicer)
**Subject:** RE: The borrower is a disabled vet he hasn't filed taxes in over 5 years. He is EXEMPT
**Message:**
We understand that he is exempt but we need to verify that information. The 4506T that was provided wasn't filled out properly - we need the borrower to fill it out fully and sign, not just put exempt over what he does not want to provide. If he can do that then we can verify with the IRS that he is exempt.

| Date | Activity By | Action Taken |
|---|---|---|
| 04/28/2021 10:44:51 AM ET | Servicer | Message Sent |

**From:** Christina Garza (Servicer)
**Subject:** RE: The borrower is a disabled vet he hasn't filed taxes in over 5 years. He is EXEMPT
**Message:**
Hello,

I am following up on the previous request for documents.

| Date | Activity By | Action Taken |
|---|---|---|
| 05/06/2021 01:29:50 PM ET | Servicer | Message Sent |

**From:** Christina Garza (Servicer)
**Subject:** 3rd request
**Message:**
Hello,

This is the third request for a fully filled out and complete 4506t.

| Date | Activity By | Action Taken |
|---|---|---|
| 05/06/2021 01:30:22 PM ET | Servicer | Docs Incomplete Notice |

**File Rejected by:** Christina Garza.
**Reason:** Incomplete Package
**Due Date:** 05-13-2021
**Message:**

- **IRS Form 4506-T (Borrower):**
  need completely filled out and signed

| Date | Activity By | Action Taken |
|---|---|---|
| 05/08/2021 02:28:48 PM ET | Attorney | Message Sent |

**From:** Albert Reese (Borrower Attorney)
**Subject:** Request sent to client
**Message:**
Hello,

The request has been sent to the client. Our office will contact him 5/10/21 for a status update. Please allow additional time to complete the request due to the client's ongoing health issues.

Thanks in advance,

Annice

| Date | Activity By | Action Taken |
|---|---|---|
| 05/10/2021 03:28:05 PM ET | Servicer | Message Sent |

**From:** Christina Garza (Servicer)
**Subject:** RE: Request sent to client
**Message:**
Please obtain the documents as soon as possible, we have been requesting the documents since 4/16/21.

| Date | Activity By | Action Taken |
|---|---|---|
| 05/17/2021 05:51:50 PM ET | Servicer | Message Sent |

**From:** Christina Garza (Servicer)
**Subject:** RE: Request sent to client
**Message:**

Hello, Since we are still waiting for the updated 4506t we need the borrower to fill out this form instead 4506c it is the updated form that the IRS needs.

As a reminder this form will need to be returned even if the borrower is exempt so we can verify that they are exempt.

**Attached Files:**
Boyd (Loan #656062205) - Form 4506-C (9-2020).pdf (Added 05-17-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 05/27/2021 12:14:57 PM ET | Servicer | Message Sent |

**From:** Kristi Berry (Servicer)
**Subject:** RE: Request sent to client
**Message:**
Hello,

I am following up on the missing documents.

Thank you,

| Date | Activity By | Action Taken |
|---|---|---|
| 05/30/2021 06:19:24 PM ET | Attorney | File Resubmitted |

Albert Reese resubmitted file for review:
**Reason:** Completed Package
**Message:**
Hello I have forwarded the requested 4506 C to the Debtor and am Uploading the 4506 T.


Thanks in advance,

Annice

**Attached Files:**
Boyd (Loan #656062205) - 4506 T (Added 05-30-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 05/30/2021 06:46:41 PM ET | Attorney | Message Sent |

**From:** Albert Reese (Borrower Attorney)
**Subject:** Thank you for your patience
**Message:**
Hello,

The borrower has been ill and is dealing with numerous medical issues and has been in and out of the hospital. I apologize for the delay in receiving documents. I will get the 4506 C to you asap.

Thanks again and have a great holiday,

Annice

| Date | Activity By | Action Taken |
|---|---|---|
| 06/02/2021 08:30:13 AM ET | Servicer | File Opened |

File Opened by Kristi Berry

| Date | Activity By | Action Taken |
|---|---|---|
| 06/02/2021 08:31:49 AM ET | Servicer | Message Sent |

**From:** Kristi Berry (Servicer)
**Subject:** RE: Thank you for your patience
**Message:**
Hello,

Please provide the document as soon as possible. Also any document that is over 90 days will have to also be updated.

Thank you,

| Date | Activity By | Action Taken |
|---|---|---|
| 06/13/2021 06:30:27 PM ET | Attorney | Message Sent |

**From:** Albert Reese (Borrower Attorney)
**Subject:** 4506 C attahed
**Message:**
Hello,

The requested 4506 C form is attached. Please update regarding trial/final modification for the Debtor.


Thanks in advance,

Annice


**Attached Files:**
Boyd (Loan #656062205) - 4506 C (Added 06-13-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 06/16/2021 10:34:25 AM ET | Servicer | Message Sent |

**From:** Kristi Berry (Servicer)
**Subject:** RE: 4506 C attahed
**Message:**
Hello,

This document has been sent to our modification department to be reviewed.


Thank you,


| Date | Activity By | Action Taken |
|---|---|---|
| 06/21/2021 05:03:58 PM ET | Attorney | Message Sent |

**From:** Albert Reese (Borrower Attorney)
**Subject:** RE: 4506 C attahed
**Message:**
Thank you and please keep us posted on a modification.


Annice4

| Date | Activity By | Action Taken |
|---|---|---|
| 06/22/2021 03:29:52 PM ET | Servicer | Message Sent |

**From:** Kristi Berry (Servicer)
**Subject:** RE: 4506 C attahed
**Message:**
Hello,

The file is missing documents.

- Need completely filled signed & dated taxes of 2019 & 2020 with all schedules. If taxes not filed for 2020 then need 4868 of 2020 along with signed taxes of 2019 with all applicable schedules.

-Need borrower to provide income documentation for other source of income $3200 mentioned in RMA

Thank you,

| Date | Activity By | Action Taken |
|---|---|---|
| 06/22/2021 03:54:39 PM ET | Attorney | Message Sent |

**From:** Albert Reese (Borrower Attorney)
**Subject:** Update from underwriting RE Debtors Exempt Status
**Message:**
Per the Debtor he hasn't filed taxes in over 4-5 years. Previous message requested tax returns for 2019-2020. He states he doesn't have tax returns. Please advise.

Annice

| Date | Activity By | Action Taken |
|---|---|---|
| 06/23/2021 01:43:11 PM ET | Servicer | Message Sent |

**From:** Kristi Berry (Servicer)
**Subject:** RE: Update from underwriting RE Debtors Exempt Status
**Message:**
Hello,

He will need to provide a written letter stating that he is not required to file taxes and the reason he is not required to file. We also still need the income documents for the other income of 3200 listed on the application.

Thank you,

| Date | Activity By | Action Taken |
|---|---|---|
| 06/29/2021 11:07:40 AM ET | Servicer | Message Sent |

**From:** Kristi Berry (Servicer)
**Subject:** RE: Update from underwriting RE Debtors Exempt Status
**Message:**
Hello,

I am following up on the missing documents.

Thank you,

| Date | Activity By | Action Taken |
|---|---|---|
| 07/12/2021 10:15:08 AM ET | Servicer | Message Sent |

**From:** Kristi Berry (Servicer)
**Subject:** RE: Update from underwriting RE Debtors Exempt Status
**Message:**
Hello,

I am following up on the missing documents. When can we expect them to be provided?

Thank you,

| Date | Activity By | Action Taken |
|---|---|---|
| 07/19/2021 12:30:48 PM ET | Servicer | Message Sent |

**From:** Kristi Berry (Servicer)
**Subject:** RE: Update from underwriting RE Debtors Exempt Status
**Message:**
Hello,

I am following up on the missing documents.

Thank you,

| Date | Activity By | Action Taken |
|---|---|---|
| 07/25/2021 02:05:17 PM ET | Attorney | Message Sent |

**From:** Albert Reese (Borrower Attorney)
**Subject:** Info Re needed documents
**Message:**
Thank you for following up. I have messaged the Debtor regarding the needed documents, but as I stated in previous messages, he is ill. I will get these documents to you this week hopefully. Just to reiterate you need proof of the $3100 in income that is his disability and also a letter from him stating that he is exempt from filing taxes? Does it have to be notarized? Please also if possible provide the format that the Debtor should use regarding his exemption statement.

Thanks in advance,

Annice

| Date | Activity By | Action Taken |
|---|---|---|
| 07/26/2021 01:53:19 PM ET | Servicer | Message Sent |

**From:** Kristi Berry (Servicer)
**Subject:** RE: Info Re needed documents
**Message:**
Hello,

No it does not have to be notarized. It just needs to be a letter that he states he is not required to file taxes and for what reason and the years he is not required to file for.

Thank you

| Date | Activity By | Action Taken |
|---|---|---|
| 07/27/2021 03:21:36 PM ET | Attorney | Message Sent |

**From:** Albert Reese (Borrower Attorney)
**Subject:** Documents Requested
**Message:**
Attached please find the requested Exemption Letter from the borrower and updated bank statement proof of his XXVA Benefit in the amount of $3,146.42, commonwealth of pa income for $150.00, please let me know if any other documents are needed. We are looking forward to approval by underwriting for a trial modification, but hopefully a permanent modification.

Thanks in advance,

Annice