IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/4/21 3:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-24636-GLT |
| | ) | |
| Jerome D. Boyd | ) | Chapter 13 |
| Debtor | ) | Related to Dkt. No. 89, 107 |
| | ) | |
| Jerome D. Boyd | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Nationstar Mortgage, LLC. | ) | |
| Respondent | ) | |

## ORDER

A *Loss Mitigation Order* dated December 14, 2021, was entered in the above matter at Document No. 89. On July 23, 2021 a ***Motion to Extend the Loss Mitigation Period*** was filed by Movant, Jerome Donald Boyd at Document No.107.

**AND NOW**, this 4th day of August 2021, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* October 4, 2021.

_____
Honorable Gregory L. Taddonio    **jah**
United States Bankruptcy Judge

Case Administrator to serve:
Debtor
Brian Nicholas, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jerome Donald Boyd  
    Debtor

Case No. 19-24636-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 1  
Date Rcvd: Aug 04, 2021      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jerome Donald Boyd, 367 Willow Hedge Drive, Monroeville, PA 15146 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor Jerome Donald Boyd areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 6