# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JEROME DONALD BOYD                                    Case No. 19-24636GLT

          Debtor(s)
RONDA J. WINNECOUR,                                   Chapter 13
Standing Chapter 13 Trustee,

          Movant                              Document No __
    vs.
COUNTY OF ALLEGHENY (RE TAX)*

          Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

    NO CLAIM WAS FILED. DEBT IS BEING PAID PER PLAN.

COUNTY OF ALLEGHENY (RE TAX)*                         Court claim# /Trustee CID# 2
C/O JORDAN TAX SVC-CUR/DLNQ CLCTR
POB 200
BETHEL PARK, PA 15102


The Movant further certifies that on 10/22/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                                  /s/ Ronda J. Winnecour
                                                  RONDA J WINNECOUR PA ID #30399
                                                  CHAPTER 13 TRUSTEE WD PA
                                                  600 GRANT STREET
cc: debtor(s)                                         SUITE 3250 US STEEL TWR
    original creditor                             PITTSBURGH, PA  15219
    putative creditor                             (412) 471-5566
    counsel for debtor(s)                         cmecf@chapter13trusteewdpa.com
    counsel for the creditor(s) (if known)

| DEBTOR(S):<br>JEROME DONALD BOYD, 367 WILLOW HEDGE DRIVE, MONROEVILLE, PA  15146 | DEBTOR'S COUNSEL:<br>ALBERT G REESE JR ESQ, THE LAW OFFICE OF ALBERT G REESE JR, 640 RODI RD 2ND FL STE 2, PITTSBURGH, PA  15235 |
|---|---|
| ORIGINAL CREDITOR:<br>COUNTY OF ALLEGHENY (RE TAX)*, C/O JORDAN TAX SVC-CUR/DLNQ CLCTR, POB 200, BETHEL PARK, PA 15102<br><br>NEW CREDITOR: | ORIGINAL CREDITOR'S COUNSEL:<br>GRB LAW, FRICK BUILDING - 14TH FL, 437 GRANT ST, PITTSBURGH, PA 15219 |