# IN THE UNTED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 19-24636-GLT |
| Jerome Donald Boyd,<br>    Debtor | Chapter 13 |
| Jerome Donald Boyd,<br>    Movant | Claim. No. 3 |
| v. | Hearing Date: |
| Nationstar Mortgage LLC d/b/a Mr. Cooper and<br>Ronda Winnecour, Trustee<br>    Respondents | |

## **DECLARATION**

I, Albert G. Reese Jr., Esquire, attorney for the above-referenced Debtor, hereby submit this formal written Declaration that the existing Chapter 13 Plan is sufficient to fund the plan with the modified debt for the following reason:

Pursuant to Nationstar Mortgage LLC d/b/a Mr. Cooper's Notice of Mortgage Payment Change dated November 5, 2021, the Debtor's current escrow payment for account number ending in **2205** is **$698.55**. The new escrow payment is **$678.06**. The new total mortgage payment is **$1,837.61** effective December 1, 2021. The Debtor will make the mortgage/escrow shortage of **$60.61** in addition to his regular monthly Chapter 13 mortgage payment of **$1,777.00**.

Dated: **November 19, 2021**                          Respectfully submitted by:
                                                      **/s/ Jerome Donald Boyd**
                                                      **Jerome Donald Boyd**

Dated: **November 19, 2021**
                                                      Respectfully submitted by:
                                                      **/s/ Albert G. Reese, Jr., Esquire**
                                                      Albert G. Reese, Jr., Esquire
                                                      PA ID #93813
                                                      640 Rodi Road, 2nd Floor, Suite 2
                                                      Pittsburgh, PA 15235
                                                      (412) 241-1697
                                                      (412) 241-1687(fax)
                                                      areese8897@aol.com
                                                      Attorney for Debtor