**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JEROME DONALD BOYD | Case No. 19-24636GLT |
| Debtor(s) | |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | Chapter 13 |
| Movant | Document No __ |
| vs. | |
| GATEWAY SD (MONROEVILLE) (RE) | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

| | |
|---|---|
| GATEWAY SD (MONROEVILLE) (RE) C/O TAX COLLECTOR - CURR YR 2700 MONROEVILLE BLVD MONROEVILLE, PA 15146 | Court claim# /Trustee CID# 4 |

The Movant further certifies that on 12/01/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>JEROME DONALD BOYD, 367 WILLOW HEDGE DRIVE,<br>MONROEVILLE, PA  15146 | DEBTOR'S COUNSEL:<br>ALBERT G REESE JR ESQ, THE LAW OFFICE OF ALBERT G REESE JR, 640 RODI RD 2ND FL STE 2,<br>PITTSBURGH, PA  15235 |
| ORIGINAL CREDITOR:<br>GATEWAY SD (MONROEVILLE) (RE), C/O TAX COLLECTOR - CURR YR, 2700 MONROEVILLE BLVD,<br>MONROEVILLE, PA  15146 | |
| NEW CREDITOR: | |