FILED
12/16/21 2:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JEROME D. BOYD | : | Case No. 19-24636-GLT |
| *Debtor,* | : | Chapter 13 |
| JEROME D. BOYD | : | Related to Doc No. 120 |
| *Movant,* | : | |
| v. | : | |
| NATIONSTAR MORTGAGE, LLC., | : | Hearing: January 20, 2022 at 2:30 p.m. |
| *Respondent(s)* | : | |

## ORDER

This matter is before the Court upon consideration of the Debtor's **Fourth Motion to Extend Loss Mitigation** [Dkt. No. 120]. Upon review of the information contained in the *Motion*, it is hereby **ORDERED, ADJUDGED and DECREED** that*:*

(1)    A **Status Conference** on the pending *Loss Mitigation Order*, dated December 14, 2020 [Dkt. No. 89], is scheduled for ***January 20, 2022 at 2:30 p.m.*** in Courtroom A, 54th Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh, PA 15219.

(2)    In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no

1

later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person**.

(3) The Court requires the appearance of Counsel for the Respondent/Creditor, (or in addition to Counsel anyone else appearing on Respondent's behalf) to have full and complete knowledge of the file and status of the case so that Counsel is capable of answering any/all of the Court's questions regarding the status of the pending LMP application.

(4) The Movant shall immediately serve a copy of this *Order* on the Respondent and Counsel for the Respondent, and file a certificate of service within three (3) days.

(5) The Loss Mitigation Period is extended through January 20, 2022.

Dated: 12/16/21

_____
Gregory␣␣Taddonio   hct
U.S. Bankruptcy Judge

Case administrator to serve:
    Debtor

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jerome Donald Boyd  
    Debtor

Case No. 19-24636-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 2  
Date Rcvd: Dec 16, 2021      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jerome Donald Boyd, 367 Willow Hedge Drive, Monroeville, PA 15146 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor Jerome Donald Boyd areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

District/off: 0315-2 User: lfin Page 2 of 2
Date Rcvd: Dec 16, 2021 Form ID: pdf900 Total Noticed: 1
TOTAL: 7