FILED
6/7/22 10:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-24636-GLT |
| | ) | |
| Jerome D. Boyd | ) | Chapter 13 |
|    Debtor | ) | |
| | ) | Doc. No.: |
| Jerome D. Boyd | ) | |
|    Movant | ) | Hearing Date & Time: June 29, 2022 |
| | ) | @ 10:00 A.M. |
| v. | ) | |
| | ) | Related to Docket No. 138 |
| Nationstar Mortgage, LLC. | ) | |
|    Respondent | ) | |

## AMENDED ORDER

AND NOW, on this ___7th Day of June___, 2022, upon consideration of the within Motion for Approval Loan Modification it is hereby Ordered and Directed as follows:

1. The loan modification agreement between the Debtor and Nationstar Mortgage, LLC. is approved.

2. The terms of the modification include the following changes to the mortgage:

    (a) The maturity date of the loan is March 1, 2052.
    (b) The new principal balance is $276,247.18.
    (c) The interest rate shall be 4.25% per annum on the unpaid balance.
    (d) The Escrow and Insurance payment is not included.
    (e) The Principal and Interest payment shall be $1,361.28.
    (f) The total monthly payment shall be $1,361.28.

3. The Debtor shall file an Amended Plan within fourteen (14) days of this Order.
4. The Debtor shall file an Amended Schedule J within fourteen (14) days of this Order.
5. The Creditor shall amend the proof of claim within fourteen (14) days of this Order.
6. The Loss Mitigation process is hereby terminated.
7. The Debtor shall file a Final Loss Mitigation Report with fourteen (14) days of this Order.

BY THE COURT:

_____
Honorable Gregory L. Paddonio
United States Bankruptcy Judge

drb

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24636-GLT |
| Jerome Donald Boyd | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Jun 07, 2022 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jerome Donald Boyd, 367 Willow Hedge Drive, Monroeville, PA 15146 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor Jerome Donald Boyd areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 7