## IN THE UNTED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :
                                                :        Case No. 19-24636-GLT
Jerome Donald Boyd,                             :
     Debtor                                    :        Chapter 13
_____ :
                                                :
Jerome Donald Boyd,                             :        Claim. No. 3
     Movant                                    :
                                                :
v.                                              :        Hearing Date:
                                                :
                                                :
Nationstar Mortgage LLC d/b/a Mr. Cooper and :
Ronda Winnecour, Trustee                        :
     Respondents                               :
_____ :

## **DECLARATION**

I, Albert G. Reese Jr., Esquire, attorney for the above-referenced Debtor, hereby submit this formal written Declaration that the existing Chapter 13 Plan is sufficient to fund the plan with the modified debt for the following reason:

Pursuant to Nationstar Mortgage LLC d/b/a Mr. Cooper's Notice of Mortgage Payment Change filed on September 27, 2022, the Debtor's current escrow payment for account number ending in **2205** is **$0.00-No Change**. The new escrow payment is **$0.00-No Change**. The current mortgage payment is **$2,047.58.** The new mortgage payment is **$1,361.28** effective June 1, 2022.

Dated: **October 31, 2022**                         Respectfully submitted by:
                                                    **/s/ Jerome Donald Boyd**
                                                    **Jerome Donald Boyd**

Dated: **October 31, 2022**                         Respectfully submitted by:
                                                    **/s/ Albert G. Reese, Jr., Esquire**
                                                    Albert G. Reese, Jr., Esquire
                                                    PA ID #93813
                                                    640 Rodi Road, 2nd Floor, Suite 2
                                                    Pittsburgh, PA 15235
                                                    (412) 241-1697
                                                    (412) 241-1687(fax)
                                                    areese8897@aol.com
                                                    Attorney for Debtor