IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Jerome Donald Boyd | : | Case No. 19-24636-GLT |
| | : | Chapter 13 |
| Debtor(s) | : | |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | |
| | : | Related to Doc #155 |
| Movant(s) | : | |
| | : | Hearing Date: 10/18/23 |
| vs. | : | at 10:00 a.m. |
| Coastal Credit, LLC | : | |
| | : | |
| Respondent(s) | : | |

## CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S OBJECTION TO CLAIM 1

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's MOTION/OBJECTION filed on August 29, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion/Objection appears thereon. Pursuant to the Notice of Hearing, responses were to be filed and served no later than September 28, 2023.

9/29/2023

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
kdesimone@chapter13trusteewdpa.com