**IN THE UNTED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| : | Case No. 19-24636-GLT |
| Jerome Donald Boyd, : | |
|     Debtor : | Chapter 13 |
| _____ : | |
| : | |
| Jerome Donald Boyd, : | Claim. No. 3 |
|     Movant : | |
| : | |
| v. : | Hearing Date: |
| : | |
| : | |
| Nationstar Mortgage LLC d/b/a Mr. Cooper and : | |
| Ronda Winnecour, Trustee : | |
|     Respondents : | |
| _____ : | |

**DECLARATION**

I, Albert G. Reese Jr., Esquire, attorney for the above-referenced Debtor, hereby submit this formal written Declaration that the existing Chapter 13 Plan is sufficient to fund the plan with the modified debt for the following reason:

Pursuant to Nationstar Mortgage LLC d/b/a Mr. Cooper's Notice of Mortgage Payment Change filed on May 29, 2024, the Debtor's current escrow payment for account number ending in **2205** is **$782.87**. The new escrow payment is **$817.86**. The current mortgage payment is **$2,144.15.** The new mortgage payment is **$2,179.14** effective July 1, 2024. The Debtor will pay the difference directly to the Chapter 13 Trustee.

Dated: **May 31, 2024**             Respectfully submitted by:
                                                         **/s/ Jerome Donald Boyd**
                                                         **Jerome Donald Boyd**

Dated: **May 31, 2024**             Respectfully submitted by:
                                                         **/s/ Albert G. Reese, Jr., Esquire**
                                                         Albert G. Reese, Jr., Esquire
                                                         PA ID #93813
                                                         640 Rodi Road, 2nd Floor, Suite 2
                                                         Pittsburgh, PA 15235
                                                         (412) 241-1697
                                                         (412) 241-1687(fax)
                                                         areese8897@aol.com
                                                         Attorney for Debtor