**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/29/25 3:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-24636-GLT |
| | : | Chapter: | 13 |
| Jerome Donald Boyd | : | | |
| | : | | |
| | : | Date: | 1/29/2025 |
| *Debtor(s)*. | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**   # 162 Motion to Dismiss Case filed by the ch.13 trustee
# 164 - Response filed by the Debtor

**APPEARANCES**:
Debtor:   Albert G. Reese
Trustee:   Owen Katz

[10:15]
**NOTES**:
Katz: We still require $6,101 dollars to complete the case.

Reese: The $6,000 may be doable but I do not have the authority to determine whether he can make the requisite payments. I can ask him if he is able to make plan payments and mortgage payments.

**OUTCOME:**

1. The *Trustee's Motion to Dismiss* [Dkt. No. 162] is **CONTINUED** to February 12, 2025 at 9am. On or before February 5, 2025, the Debtor will either file : (a) a supplement reaffirming his decision to convert the case to chapter 7; or (b) a withdrawal of his *Notice of Conversion From Chapter 13 to Chapter 7 Filed Pursuant to Fed. Rule Bankr. Proc. 1017(f)(3)* [Dkt. No. 166]. If the debtor withdraws the notice of conversion, the Court will reschedule a hearing on the *Trustee's Motion to Dismiss* [Dkt. No. 162] to April 30, 2025 at 9 am. [Text order]

**DATED:**  1/29/2025