**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-24636-GLT |
| | ) | |
| Jerome D. Boyd | ) | Chapter 7 |
|     Debtor | ) | |
| | ) | Doc. No.: |
| Jerome D. Boyd | ) | |
|     Movant | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| No Respondent | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Albert G. Reese, Jr., counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

By:    <u>**/s/Albert G. Reese, Jr., Esquire**</u>
        Signature

        <u>Albert G. Reese, Jr., Esquire</u>
        Typed Name

        <u>640 Rodi Road 2nd Floor Suite 2 Pgh., PA 15235</u>
        Address

        <u>412-241-1697</u>
        Phone No.

        <u>PAID Number 93813</u>
        List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

Continental Finance Company
Attn: Bankruptcy
4550 New Linden Hill Rd
Wilmington, DE 19808

Fingerhut
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

Fingerhut Fetti/Webbank
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107

Green Dot Bank
Attn: Bankruptcy
14 W 7th St, Ste 240
Austin, TX 78701

Lvnv Funding/Resurgent Capital
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

Midland Credit Mgmt
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

Mission Lane LLC
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348

Oportun
Po Box 560698
The Colony, TX 75056

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

Security Credit Services
Attn: Bankruptcy
Po Box 1156
Oxford, MS 38655

Uplift, Inc.
Attn: Bankruptcy
440 N Wolfe Rd
Sunnyvale, CA 94085