**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-24636-GLT |
| | ) | |
| Jerome D. Boyd | ) | Chapter 7 |
|     Debtor | ) | |
| | ) | Doc. No.: |
| Jerome D. Boyd | ) | |
|     Movant | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| No Respondent | ) | |

**BANKRUPTCY RULE 1019 REPORT**

    **AND NOW** come(s) the Debtor(s), by and through Counsel, Albert G. Reese, Jr., Esquire and Law Office of Albert G. Reese, Jr. and respectfully represents the following Rule 1019 Report averring as follows:

1. Jerome D. Boyd (hereinafter "Debtor(s)"), filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on November 29, 2019.

2. By Motion of the Debtor(s), this Court reconverted this proceeding from a Chapter 13 to a Chapter 7 by an Order dated February 7, 2025.

3. Debtor(s) avers that all statements and schedules required by Bankruptcy Rules 1019(1)(A) and 1007(b) have been filed with this Court.

4. Counsel for Debtor(s) filed the Statement of Intentions with the Clerk's office on February 25, 2025, at docket entry number 182.

5. Pursuant to Bankruptcy Rule 1019(5)(C)(i), the Debtor(s) has not acquired property after the commencement of the Chapter 13 case and subsequent filing of the Chapter 7 case.

6. Pursuant to Bankruptcy Rule 1019(5)(C)(ii), the Debtor(s) has incurred additional debt not listed in the Chapter 13 Trustee's final report and account. The Debtor has amended schedules to reflect additional debt.

7. Pursuant to Bankruptcy Rule 1019(5)(C)(iii), the Debtor(s) have not entered and assumed executory contracts after the commencement of the Chapter 13 case and subsequent filing of the Chapter 7 case.

**WHEREFORE**, the Debtor(s) respectfully submits the Rule 1019 Report.

Dated: **February 25, 2025**

                Respectfully submitted by:
**/s/Albert G. Reese, Jr., Esquire**
Albert G. Reese, Jr., Esquire
PA ID # 93813
Law Office Albert G. Reese, Jr.
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235
(412) 241-1697 (p)
(412) 241-1687 (f)
areese8897@aol.com