## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-24636-GLT |
| | ) | |
| Jerome D. Boyd | ) | Chapter 7 |
|     Debtor | ) | |
| | ) | Doc. No.: |
| Jerome D. Boyd | ) | |
|     Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| No Respondent | ) | |

**Certificate of Service**

I, Albert Green Reese, Jr., Esquire, declare that I am a resident of or employed in the County of Allegheny, State of Pennsylvania. My address is 640 Rodi Road, 2nd, FL., Suite 2, Pittsburgh, PA 15235. I am over the age of eighteen and I am not a party to this case.

On February 26, 2025, I served the **Amended Schedule F and Amendment Coversheet, Order of Court, 341 Meeting Notice,** to all the parties listed below by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at 640 Rodi Road, 2nd, FL., Suite 2, Pittsburgh, PA 15235 addressed as follows:

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

**Rosemary C. Crawford**
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101

Continental Finance Company
Attn: Bankruptcy
4550 New Linden Hill Rd
Wilmington, DE 19808

Fingerhut
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

Fingerhut Fetti/Webbank
Attn: Bankruptcy
6250 Ridgewood Road

Saint Cloud, MN 56303

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107

Green Dot Bank
Attn: Bankruptcy
14 W 7th St, Ste 240
Austin, TX 78701

Lvnv Funding/Resurgent Capital
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

Midland Credit Mgmt
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

Mission Lane LLC
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348

Oportun
Po Box 560698
The Colony, TX 75056

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

Security Credit Services
Attn: Bankruptcy
Po Box 1156
Oxford, MS 38655

Uplift, Inc.
Attn: Bankruptcy
440 N Wolfe Rd
Sunnyvale, CA 94085

/ s/ Albert G. Reese, Jr., Esquire
Albert G. Reese, Jr., Esquire
Law Office of Albert G. Reese Jr.

                                                  640 Rodi Road, FL.2, Suite 2
Pittsburgh, PA 15235
412-241-1697(p)
412-241-1687(f)
areese8897@aol.com
Attorney for Movant