**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JEROME DONALD BOYD | Case No.:19-24636 GLT

        Debtor(s)

    Ronda J. Winnecour | Document No.:
        Movant
        vs.
    No Repondents.

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 11/29/2019  and confirmed on 06/22/2020 .  The case was subsequently     (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 125,616.25 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 125,616.25 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,250.00 | |
|    Trustee Fee | 6,420.92 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,670.92 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A MR ( | 14,365.19 | 14,365.19 | 0.00 | 14,365.19 |
|    Acct: 2205 | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A MR ( | 32,465.88 | 32,465.88 | 0.00 | 32,465.88 |
|    Acct: 2205 | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A MR ( | 0.00 | 62,194.10 | 0.00 | 62,194.10 |
|    Acct: 2205 | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A MR ( | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 2205 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: C213 | | | | |
| GATEWAY SD (MONROEVILLE) (RE) | 0.00 | 0.00 | 474.43 | 474.43 |
|    Acct: C213 | | | | |
| MUNICIPALITY OF MONROEVILLE (RE) | 879.56 | 879.56 | 222.56 | 1,102.12 |
|    Acct: C213 | | | | |
| COASTAL CREDIT LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 1296 | | | | |
| | | | | 110,601.72 |

Priority

| 19-24636 GLT | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| ALBERT G REESE JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEROME DONALD BOYD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEROME DONALD BOYD | 5.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICE OF ALBERT G REESE JR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALBERT G REESE JR ESQ | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALBERT G REESE JR ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 4,338.61 | 0.00 | 4,338.61 |
| Acct: 0229 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXXX4636 | | | | |
| | | | | 4,343.61 |
| **Unsecured** | | | | |
| ACCEPTANCE NOW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0261 | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 457O | | | | |
| ALLEGHENY COUNTY DEPT OF COURT R | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3173 | | | | |
| ALLEGHENY COUNTY DEPT OF COURT R | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3318 | | | | |
| BERKSHIRE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8338 | | | | |
| DOLLAR BANK FSB(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5914 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 1,927.03 | 0.00 | 0.00 | 0.00 |
| Acct: 9092 | | | | |
| ENHANCED RECOVERY COMPANY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7795 | | | | |
| FIRST PROGRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3686 | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A MR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5469 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7496 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 151.14 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| COASTAL CREDIT LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1296 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 874.41 | 0.00 | 0.00 | 0.00 |
| Acct: 2755 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PACIFIC UNION FINANCIAL LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | | | | 114,945.33 |

TOTAL CLAIMED
PRIORITY                   5.00
SECURED              47,710.63
UNSECURED             2.952.58

Date: 07/10/2025                          /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID
#30399
CHAPTER 13 TRUSTEE WD
PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.co
m