**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Jerome Donald Boyd**<br>　　　　　　　　　　**Debtors**<br><br>**Nationstar Mortgage LLC**<br>　　　　　　　　　　**Movant**<br>　　vs.<br><br>**Jerome Donald Boyd**<br>　　　　　　　　　　**Debtors**<br><br>**Ronda J. Winnecour, Esq.**<br>　　　　　　　　　　**Trustee** | **BK NO. 19-24636 GLT**<br><br>**Chapter 13**<br><br>**Related to Claim No. 3** |

## CERTIFICATE OF SERVICE OF
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 27, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtors
Jerome Donald Boyd
376 Willow Hedge Drive
Monroeville, PA 15146

Attorney for Debtors
Albert G. Reese , Jr.
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235
VIA ECF

Trustee
Ronda J. Winnecour, Esq.
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: Electronic means or first-class mail

Dated: September 27, 2022

　　　　　　　　　　　　　　　　　　　　　**/s/ Brian C. Nicholas, Esquire**
　　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 317240
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com